**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NINGBO JIARUISI E-COMMERCE CO., LTD. d/b/a GENISBULB, on behalf of itself and all others similarly situated, | ) | Case No. 1:26-cv-10701 |
| Plaintiff, | ) | Hon. |
| v. | ) | |
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, and all others similarly situated, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES**
**PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Ningbo Jiaruisi E-Commerce Co., Ltd. (宁波佳锐斯电子商务有限公司) d/b/a GENISBULB states as follows.

After a diligent review, Plaintiff has identified the following affiliates, meaning any entity or individual owning, directly or indirectly (through ownership of one or more other entities), five percent (5%) or more of Plaintiff:

Sun Juxian, individual

Plaintiff will file a supplement to this Notification within thirty (30) days of becoming aware of any change in the information reported, and will undertake good faith efforts to remain apprised of any such changes. See L.R. 3.2(f).

Dated: September 3, 2026

Respectfully submitted,

/s/ Wesley E. Johnson
Wesley E. Johnson
Benjamin Solter
Shu-Yu Lin
Cross-Border Counselor LLP
105 W. Madison St., Ste. 2300
Chicago, IL 60602
(312) 752-4828
wjohnson@cbcounselor.com
bsolter@cbcounselor.com
slin@cbcounselor.com

/s/ Adam B. Goodman
Adam B. Goodman
Goodman, Tovrov, Hardy & Johnson LLC
105 W. Madison St., Ste. 2300
Chicago, IL 60602
(312) 238-9592
agoodman@goodtov.com

*Attorneys for Plaintiff Ningbo Jiaruisi E-Commerce Co., Ltd. d/b/a GENISBULB*